*Jackson, ex dem. Colden,* v. *Brownell.*

WOODWORTH moved to discharge a judge's certificate to stay proceedings, because the plaintiff had not brought on the cause to argument this term, according to notice, though there had been ample opportunity. He contended, that the certificate expired with the term, if the party obtaining it neglected to bring on the argument.

*Per Curiam.* When the cause is of such a nature, that either side may notice for argument, both are equally in default if it be not brought on. The only mode in such a case to get rid of a judge's order, is to give a counter notice, and when the cause is called on the calendar, to come forward and demand judgment. Here each party has noticed, and neither one has moved; the application must, therefore, be denied. Had the cause been such, that both parties could not have noticed, then the present motion would have been right.

### Anonymous.

A SIMILAR application was made to vacate a judge's certificate to stay proceedings, upon a report of referees.

*Per Curiam.* Take your motion. This case comes exactly within the exception in the last.